IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ESNTION RECORDS, INC.** §<br>**a/k/a ESNTION a/k/a ESNTION** §<br>**SILVER a/k/a ESNTION LATINO** §<br>**a/k/a FOREVER SOUL,** §<br>  §<br>Plaintiff, §<br>  §<br>v. §<br>  §<br>**TRITONTM, INC. d/b/a TM STUDIOS,** §<br>**INC., f/k/a JONESTM, INC. a/k/a** §<br>**JONES TM, a/k/a or f/k/a TM CENTURY**, §<br>**INC., a/k/a or f/k/a TM CENTURY**, §<br>  §<br>Defendant. § | Civil Action No. **3:07-CV-2027-L** |

## **JUDGMENT**

This judgment is issued pursuant to the court's June 16, 2008 memorandum opinion and order and November 13, 2009 memorandum opinion and order. It is therefore ORDERED, ADJUDGED, and DECREED:

1.  that Plaintiff EsNtion Records, Inc. a/k/a EsNtion a/k/a EsNtion Silver a/k/a EsNtion Latino a/k/a Forever Soul's ("Plaintiff" or "EsNtion") copyright claims based upon the songs "Fuego," "Muevelo [Home Cooked House Remix]," "Digital Lover [Tri Lambda Club Mix]," "Highest Mountains [Original Club Mix]," "Day to Day [Josh Harris Radio Edit]," "Day to Day [Josh Harris Club Mix]," "I'll Be Your Freak," and "Jam Sessions" and trademark claims against Defendant TritonTM, Inc. d/b/a TMStudios, Inc., f/ka/ JonesTM, Inc. a/k/a Jones TM a/k/a or f/ka TM Century, Inc. a/k/a or f/k/a TM Century ("Defendant" or "TM") are **dismissed without prejudice** for lack of subject matter jurisdiction;

**Judgment – Page 1**

2. that Plaintiff's remaining claims are **dismissed with prejudice** and that Plaintiff take nothing against TM for these claims;

3. that all relief requested by EsNtion is denied;

4. that all allowable and reasonable costs are taxed against EsNtion; and

5. that Defendant shall file its request for attorney's fees for Plaintiff's copyright claim in accordance with Rule 54(d) of the Federal Rules of Civil Procedure.

**Signed** this 13th day of November, 2009.

                                            Sam A. Lindsay
                                            United States District Judge